**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA GARYBO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEONARDO BROS., et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01487 --- JLT<br><br>ORDER TO PLAINTIFFS TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED OR SANCTIONS IMPOSED DUE TO THEIR FAILURE TO PROSECUTE THE ACTION AND TO OBEY A COURT ORDER |

On September 30, 2015, Plaintiffs initiated this action in which they claim that Defendants committed various labor law violations. (Doc. 1) They seek to certify a class of members similarly situated. Id. On October 1, 2015, the Court issued summonses. (Doc. 2) However, Plaintiffs have failed to a file proof of service as to any defendant.

Notably, on October 1, 2015, the Court issued its Order Setting Mandatory Scheduling Conference. (Doc. 8) In it, the Court ordered,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 8 at 1-2) The order warns, "**SHOULD COUNSEL OR A PARTY APPEARING PRO SE . . .**

1

**FAIL TO COMPLY WITH THE DIRECTIONS AS SET FORTH ABOVE, AN EX PARTE HEARING MAY BE HELD AND JUDGMENT OF DISMISSAL, DEFAULT, OR OTHER APPROPRIATE JUDGMENT MAY BE ENTERED, OR SANCTIONS, INCLUDING CONTEMPT OF COURT, MAY BE IMPOSED AND/OR ORDERED**."

Therefore, the Court **ORDERS**:

1. No later than January 11, 201, Plaintiffs **SHALL** show cause in writing why the matter should not be dismissed or sanctions imposed due to their failure to prosecute it. Alternatively, by January 11, 2016, Plaintiff may file proofs of service of the summonses and complaint on the defendants;

2. The status conference re: consent/initial scheduling conference is continued to **February 12, 2016** at 8:30 a.m. Appearances via the CourtCall service are authorized.

IT IS SO ORDERED.

Dated:   **December 28, 2015**            **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE