1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

| | |
|---|---|
| SANDRA GARYBO, et al., | ) Case No.: 1:15-cv-01487 -MCE- JLT |
| Plaintiffs, | ) ORDER DISCHARGING THE ORDER TO |
| v. | ) SHOW CAUSE DATED DECEMBER 28, 2015 |
| LEONARDO BROS., et al., | ) |
| Defendants. | ) |

17       On December 28, 2015, the Court ordered Plaintiffs to show cause why sanctions should not be

18   imposed for their failure to prosecute the action and failure to comply with the Court's order.  (Doc. 4)

19   In the alternative, Plaintiffs were ordered to file proofs of service of the summons and complaint on the

20   defendants.  (*Id.* at 2)  Plaintiffs timely filed proofs of service as to defendants Leonardo Bros. and

21   Golden West Labor on January 8, 2016.  (Docs. 5, 6)

22       Accordingly, **IT IS HEREBY ORDERED**:  The order to show cause dated December 28, 2015

23   (Doc. 4) is **DISCHARGED**.

24
25   IT IS SO ORDERED.

26   Dated:   **January 13, 2016**            **/s/ Jennifer L. Thurston**
27                            UNITED STATES MAGISTRATE JUDGE

28