UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al., <br><br>         Plaintiffs, <br><br>    v. <br><br> LEONARDO BROS., et al., <br><br>         Defendants. | Case No.: 1:15-cv-01487 --- JLT <br><br> ORDER TO PLAINTIFFS TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED OR SANCTIONS IMPOSED DUE TO THEIR FAILURE TO PROSECUTE THE ACTION |

On September 30, 2015, Plaintiffs initiated this action in which they claim that Defendants committed various labor law violations. (Doc. 1) On October 1, 2015, the Court issued summonses. (Doc. 2) Nevertheless, Plaintiffs failed to effect service until the Court ordered them to show cause why sanctions should not be imposed for their failure to prosecute the action. (Doc. 4; Docs. 6-5) Now, though the responsive pleadings were due on January 25, 2016, Plaintiffs have taken no action to seek default. Therefore, **within 21 days** Plaintiffs **SHALL** show cause in writing why sanctions, including terminating sanctions, should not be imposed for their further failure to prosecute this action. Alternatively, they may seek the clerk's entry of default within and then file their request for default judgment within 21 days of this order.

IT IS SO ORDERED.

Dated:   **March 3, 2016**                  **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28