**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA GARYBO, et al., | ) Case No.: 1:15-cv-01487 DAD JLT |
| Plaintiffs, | ) ORDER TO PLAINTIFFS TO FILE FURTHER |
| v. | ) RESPONSE TO ORDER TO SHOW CAUSE<br>) WHY THE MATTER SHOULD NOT BE |
| LEONARDO BROS., et al., | ) DISMISSED OR SANCTIONS IMPOSED DUE<br>) TO THEIR FAILURE TO PROSECUTE THE |
| Defendants. | ) ACTION |

On September 30, 2015, Plaintiffs initiated this action in which they claim that Defendants committed various labor law violations. (Doc. 1)  On October 1, 2015, the Court issued summonses. (Doc. 2)  Nevertheless, Plaintiffs failed to effect service until the Court ordered them to show cause why sanctions should not be imposed for their failure to prosecute the action.  (Doc. 4; Docs. 6-5) Then when no defendant had appeared and Plaintiff had failed to seek default, the Court issued a second order to show cause. (Doc. 16)  Plaintiff filed a response and explained that Defendant Golden West Labor had appeared but offers no explanation whatsoever why they have failed to seek default against Defendant Leonardo Bros. (Doc. 19)  Thus, **within seven days**, Plaintiff **SHALL** show cause in writing why sanctions, including terminating sanctions, should not be imposed for their further failure to prosecute this action.

IT IS SO ORDERED.

    Dated: __**March 24, 2016**__          _____**/s/ Jennifer L. Thurston**_
                                        UNITED STATES MAGISTRATE JUDGE