1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al., | Case No.: 1:15-cv-01487 DAD JLT |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| LEONARDO BROS., et al., | (Doc. 16, 20) |
| Defendants. | |

When no defendant had appeared and Plaintiff had failed to seek default, the Court issued an order to show cause why the matter should not be dismissed for her failure to prosecute the action. (Doc. 16)  Plaintiff filed a response and explained that, by then, Defendant Golden West Labor had appeared but did not explain why they have failed to seek default against Defendant Leonardo Bros. who had not appeared. (Doc. 19)  Now Plaintiff explains that she believed that the same attorney who represented Golden West also represented Leonardo Bros. and, out of courtesy, had not sought default. (Doc. 23) Now she has learned that is not the case and has  sought and received entry of default.  Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **April 1, 2016**                                 _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE