UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al., | ) Case No.: 1:15-cv-01487 DAD JLT |
| Plaintiffs, | ) ORDER AFTER FIRST STATUS CONFERENCE |
| v. | ) |
| LEONARDO BROS., et al., | ) |
| Defendants. | ) |

On June 20, 2016, the Court held the first status conference to learn about the progress of discovery thus far. Golden West's attorney, Ms. Shams, reported that she was in the process of reviewing seven banker's boxes of documents received from her client that were potentially responsive to the plaintiffs' discovery request. (Doc. 29 at 2; Doc. 30) She anticipated completing the review within a week or two. Likewise, she was working with her clients on the production of responsive electronic data. Counsel reported that they had not yet conferred about the format or content of the output of electronic data as required by the scheduling order (Doc. 27 at 4). Likewise, they had not yet finalized the protective order they wish to have issued. Thus, the Court sets the following deadlines and **ORDERS**:

1. **No later than June 24, 2016**, Golden West **SHALL** produce the draft protective order to plaintiffs with proposed changes, if any;

2. **No later than July 1, 2016**, the parties **SHALL** file the stipulated protective order. In the event there remains disagreement over any terms of the protective order, the parties **SHALL** file the

1

proposed protective order which sets forth the terms on which they agree. They **SHALL** also set forth their positions on the terms about which they disagree. The Court will then consider the parties' positions and issue the protective order that, in its judgment, it determines is appropriate;

3. **No later than July 1, 2016**, the relevant personnel from each side, including counsel if they wish, **SHALL** confer to determine the content of the electronic production and the format of the electronic production;

4. **No later than July 8, 2016**, Golden West **SHALL** make available to plaintiffs' copy service, the paper documents responsive to the plaintiffs' discovery request;

5. **No later than July 22, 2016**, Golden West **SHALL** produce the electronic data responsive to the plaintiffs' discovery request;

6. In the event that either side does not meet a deadline set forth here, that party **SHALL** show cause in writing within five days of the missed deadline why they/it failed to comply with the Court's orders.

IT IS SO ORDERED.

Dated:  **June 20, 2016**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE