STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
  ETrabucco@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTÍNEZ, (Bar No. 200721)
MARTÍNEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California. 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

ANTHONY P. RAIMONDO, Bar No. 200387
RAIMONDO & ASSOCIATES
7080 N. Marks Avenue, Suite 117
Fresno, CA 93711
Telephone: 559.432.3000
Fax No.: 559.432.2242

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs SANDRA GARYBO and AGUSTIN VEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARDO BROS., form unknown, GOLDEN WEST LABOR, form unknown, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01487 DAD JLT<br><br>**Stipulation to Continue Class Certification Schedule; [Proposed] Order** |

Plaintiffs and Defendant Golden West Labor, through their respective counsel of record, submit this Stipulation and Proposed Order to continue the class certification briefing schedule. The deadline to move for class certification is presently July 14, 2017. The parties seek to re-set this deadline to September 22, 2017. There is good cause for modifying the existing class certification schedule, and the need to do so is no fault of either party.

Plaintiffs and Defendant Golden West Labor have diligently pursued discovery in this matter. Golden West Labor has produced a substantial amount of class member payroll data in electronic form as well as policy and practice materials. Plaintiffs requested this information in connection with their anticipated motion to certify a class pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FRCP").

Plaintiffs and Defendant Golden West Labor are currently at the initial stages of settlement discussions. Therefore, Plaintiffs and Defendant Golden West Labor believe that the resources of the parties and the Court would be best served by a continuance of the existing class certification schedule to allow Plaintiffs and Defendant Golden West Labor to focus their resources on settlement negotiations in earnest.

Therefore, it is hereby stipulated and agreed between the parties, and their respective counsel of record, as follows:

- Plaintiffs must file their Motion for Class Certification no later than September 22, 2017;
- Defendants must file any Opposition to Class Certification no later than October 20, 2017;
- Plaintiffs must file their Reply brief no later than November 3, 2017; and
- The date for the Class Certification hearing will remain November 21, 2017.

Accordingly, the foregoing is hereby stipulated and agreed to by and among the undersigned on behalf of their respective counsel.

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

Dated: June 20, 2017  MALLISON & MARTINEZ

By: */s/ Joseph D. Sutton*

Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Joseph D. Sutton
Attorneys for Plaintiffs

Dated: June 21, 2017

*/s/ Anthony P. Raimondo*
ANTHONY P. RAIMONDO
RAIMONDO & ASSOCIATES
Attorneys for Defendant
B & A INTERNATIONAL FARM LABOR SERVICES, INC.

## [~~PROPOSED~~] ORDER

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The briefing scheduling related to the motion for class certification is modified as follows:

   a. The motion for class certification **SHALL** be filed no later than September 22, 2017;

   b. The opposition to the motion for class certification **SHALL** be filed no later than October 20, 2017;

   c. Any reply brief **SHALL** be filed no later than November 3, 2017; and

2. The hearing on the motion for class certification is **CONTINUED** to December 19, 2017.

IT IS SO ORDERED.

Dated: **June 22, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999