1  STAN S. MALLISON (Bar No. 184191)
     StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
     HectorM@TheMMLawFirm.com
3  MARCO A. PALAU (Bar. No. 242340)
     MPalau@TheMMLawFirm.com
4  JOSEPH D. SUTTON (Bar No. 269951)
     JSutton@TheMMLawFirm.com
5  ERIC S. TRABUCCO (Bar No. 295473)
     ETrabucco@TheMMLawFirm.com
6  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
   Oakland, California 94612-3547
7  Telephone: (510) 832-9999
   Facsimile: (510) 832-1101
8

9  MARIO MARTÍNEZ, (Bar No. 200721)
   MARTÍNEZ AGUILASOCHO & LYNCH, APLC
10 P.O. Box 11208
   Bakersfield, California. 93389-1208
11 Telephone: (661) 859-1174
   Facsimile: (661) 840-6154
12
   Attorneys for Plaintiffs
13
   ANTHONY P. RAIMONDO, Bar No. 200387
14 RAIMONDO & ASSOCIATES
   7080 N. Marks Avenue, Suite 117
15 Fresno, CA  93711
   Telephone:  559.432.3000
16 Fax No.: 559.432.2242

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs SANDRA GARYBO and AGUSTIN VEGA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LEONARDO BROS., form unknown, GOLDEN WEST LABOR, form unknown, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  1:15-cv-01487—JLT<br><br>**Stipulation to Continue Class Certification Schedule; [~~Proposed~~] Order**<br><br>**(Doc. 44)** |

**MALLISON & MARTINEZ**
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California  94612
510.832.9999

Stipulation to Continue Class Certification Schedule; Proposed Order　　　　　　　　*Case No. 1:15-cv-01487*

Plaintiffs and Defendant Golden West Labor, through their respective counsel of record, submit this Stipulation and Proposed Order to continue the class certification briefing schedule.

Plaintiffs and Defendant Golden West Labor have made considerable progress in their settlement discussions and are currently memorializing tentative settlement terms in a formal settlement agreement. While the parties expect a full settlement to be reached in the near term, Plaintiffs and Defendant Golden West believe that the resources of the parties would be best served by a continuance of the existing class certification schedule to allow Plaintiffs and Defendant Golden West Labor to finalize the settlement agreement, as opposed to Plaintiffs preparing their class certification motion, which is currently due on September 22, 2017.

Therefore, it is hereby stipulated and agreed between the parties, and their respective counsel of record, as follows:

- Plaintiffs must file their Motion for Class Certification no later than October 20, 2017;
- Defendants must file any Opposition to Class Certification no later than November 10, 2017;
- Plaintiffs must file their Reply brief no later than December 1, 2017; and
- The date for the Class Certification hearing will remain December 19, 2017.

Accordingly, the foregoing is hereby stipulated and agreed to by and among the undersigned on behalf of their respective counsel.

Dated: August 31, 2017                         MALLISON & MARTINEZ

                                               By: */s/ Joseph D. Sutton*
                                               Stan S. Mallison
                                               Hector R. Martinez
                                               Marco A. Palau
                                               Joseph D. Sutton
                                               Attorneys for Plaintiffs

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

2
Stipulation to Continue Class Certification Schedule; Proposed Order      *Case No. 1:15-cv-01487*

Dated: August 31, 2017

                           */s/ Anthony P. Raimondo*
                           ANTHONY P. RAIMONDO
                           RAIMONDO & ASSOCIATES
                           Attorneys for Defendant
                           B & A INTERNATIONAL FARM LABOR SERVICES, INC.

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

3

Stipulation to Continue Class Certification Schedule; Proposed Order      *Case No. 1:15-cv-01487*

# [~~PROPOSED~~] ORDER

As noted above, counsel represent that settlement of this matter appear imminent. Consequently, they have stipulated to amend the briefing schedule for filing the class certification motion in order to preserve resources. Good cause appearing, the Court **ORDERS**:

1. The motion for class certification SHALL be filed **no later than October 20, 2017**;
2. Opposition to the motion for class certification SHALL be filed **no later than November 10, 2017**;
3. The reply brief, if any, must be filed no later than December 1, 2017;
4. The hearing on the motion for class certification is **CONTINUED** to **January 16, 2018**.

**The Court does not contemplate that this briefing schedule will be modified further. Thus, counsel are urged to complete their settlement discussions expeditiously.**

IT IS SO ORDERED.

Dated: **August 31, 2017**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

4
Stipulation to Continue Class Certification Schedule; Proposed Order        *Case No. 1:15-cv-01487*