STAN S. MALLISON (Bar No. 184191)
 StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
 HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
 MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
 JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
 ETrabucco@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTÍNEZ, (Bar No. 200721)
MARTÍNEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California. 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

ANTHONY P. RAIMONDO, Bar No. 200387
RAIMONDO & ASSOCIATES
7080 N. Marks Avenue, Suite 117
Fresno, CA 93711
Telephone: 559.432.3000
Fax No.: 559.432.2242

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiffs SANDRA GARYBO and AGUSTIN VEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARDO BROS., form unknown, GOLDEN WEST LABOR, form unknown, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01487—JLT<br><br>**Stipulation to Continue Class Certification Schedule; [~~Proposed~~] Order (Doc. 46)** |

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

Stipulation to Continue Class Certification Schedule; Proposed Order     *Case No. 1:15-cv-01487*

Plaintiffs and Defendant Golden West Labor, through their respective counsel of record, submit this Stipulation and Proposed Order to continue the class certification briefing schedule.

Plaintiffs and Defendant Golden West Labor continue to make progress in their settlement discussions and are currently memorializing tentative settlement terms in a formal settlement agreement. While the parties expect a full settlement to be reached in the near term, Plaintiffs and Defendant Golden West believe that the resources of the parties would be best served by a continuance of the existing class certification schedule to allow Plaintiffs and Defendant Golden West Labor to finalize the settlement agreement, as opposed to Plaintiffs preparing their class certification motion, which is currently due on October 20, 2017.

Therefore, it is hereby stipulated and agreed between the parties, and their respective counsel of record, as follows:

- Plaintiffs must file their Motion for Class Certification no later than January 5, 2018;
- Defendants must file any Opposition to Class Certification no later than January 26, 2018;
- Plaintiffs must file their Reply brief no later than February 7, 2018; and
- Plaintiffs' Class Certification hearing will be heard on February 16, 2018.

Accordingly, the foregoing is hereby stipulated and agreed to by and among the undersigned on behalf of their respective counsel.

Dated: October 4, 2017          MALLISON & MARTINEZ

By: */s/ Joseph D. Sutton*
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Joseph D. Sutton
Attorneys for Plaintiffs

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

2
Stipulation to Continue Class Certification Schedule; Proposed Order     *Case No. 1:15-cv-01487*

Dated: October 4, 2017

                                */s/ Anthony P. Raimondo*
                                ANTHONY P. RAIMONDO
                                RAIMONDO & ASSOCIATES
                                Attorneys for Defendant
                                B & A INTERNATIONAL FARM LABOR
                                SERVICES, INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, DECLARATION OF COUNSEL, AND FOR GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS:

- Plaintiffs must file their Motion for Class Certification no later than January 5, 2018;
- Defendants must file any Opposition to Class Certification no later than January 26, 2018;
- Plaintiffs must file their Reply brief no later than February 7, 2018; and
- Plaintiffs' Class Certification hearing will be heard on February 16, 2018.

**No further extensions of time will be granted related to the motion for class certification. The parties are encouraged expeditiously to settle or recognize settlement is not possible.**

IT IS SO ORDERED.

    Dated:   **October 4, 2017**                **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

MALLISON &
MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

3
Stipulation to Continue Class Certification Schedule; Proposed Order              *Case No. 1:15-cv-01487*