# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al., ) | Case No.: 1:15-cv-01487 DAD JLT |
| Plaintiffs, ) | ORDER DIRECTING COUNSEL TO FILE A JOINT STATUS REPORT |
| v. ) | |
| LEONARDO BROS., et al., ) | |
| Defendants. ) | |

Since June 2017, the parties have reported to the Court that they were in settlement talks. (Docs. 40, 44, 46) In August and in October they reported that they were "currently memorializing tentative settlement terms in a formal settlement agreement . . . [and] expect a full settlement to be reached in the near term . . ." (Doc. 44 at 2; Doc. 46 at 2) Consequently, the Court has repeatedly granted their stipulations to continue the deadlines related to the class certification motion. (Docs. 41, 45, 47) The deadline for the filing of the motion has passed and no motion was filed. Therefore, counsel **SHALL** file a joint status report detailing the status of the settlement within 10 days.

IT IS SO ORDERED.

Dated: **February 8, 2018**         **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE