1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   SANDRA GARYBO, et al.,                    )   Case No.: 1:15-cv-01487 DAD JLT
                                               )
12            Plaintiffs,                      )   ORDER AFTER NOTICE OF SETTLEMENT
                                               )   (Doc. 49)
13        v.                                   )
                                               )
14   LEONARDO BROS., et al.,                   )
                                               )
15            Defendants.                      )

16        The parties report they had come to terms of settlement.  (Doc. 49)  They indicate they will seek

17   dismissal of the action soon. Id. at 2.  Thus, the Court **ORDERS**:

18        1.      The stipulation to dismiss the action **SHALL** be filed **no later than March 23, 2018**;

19        2.      All pending dates, conferences and hearings are **VACATED**.

20   **The parties are advised that failure to comply with this order may result in the Court imposing**

21   **sanctions, including the dismissal of the action.**

22

23   IT IS SO ORDERED.

24      Dated:   **February 21, 2018**            _____/s/ Jennifer L. Thurston_
                                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28