STAN S. MALLISON (Bar No. 184191)
HECTOR R. MARTINEZ (Bar No. 206336)
MARCO A. PALAU (Bar. No. 242340)
JOSEPH D. SUTTON (Bar No. 269951)
ERIC S. TRABUCCO (Bar No. 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTÍNEZ, (Bar No. 200721)
MARTÍNEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California. 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154
Attorneys for Plaintiff

Anthony Raimondo (Bar No. 200387)
Gerardo Hernandez (Bar No. 292809_
Raimondo & Associates
7080 N. Marks Avenue, Suite 117
Fresno, CA 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242
Attorneys for Defendant Cal West Ag Services, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| Plaintiffs SANDRA GARYBO and AGUSTIN VEGA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>LEONARDO BROS., form unknown, GOLDEN WEST LABOR, form unknown, and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No. 1:15-cv-01487-DAD-JLT<br><br>**ORDER COSING THE CASE AS TO GOLDEN WEST LABOR ONLY; ORDER DISCHARGING THE ORDER TO SHOW CAUSE**<br><br>(Docs. 51, 52) |

PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF GOLDEN WEST WITH PREJUDICE                                          *CASE NO.* 1:15-cv-01487-DAD-JLT

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Sandra Garybo and Agustin Vega ("Plaintiffs") and Defendant Golden West Labor, through their respective counsel of record, hereby stipulate to the dismissal of all causes of action as to Defendant Golden West Labor with prejudice in this action.

Plaintiffs and Defendant Golden West Labor further stipulate that each party is to bear its own costs and attorneys' fees.

It is so stipulated.

DATED: March 7, 2018                    **MALLISON & MARTINEZ**

By:    */s/ Stan S. Mallison*

DATED: March 7, 2018                    **RAIMONDO & ASSOCIATES**

By:    */s/ Gerardo Hernandez*

## ORDER

The parties have stipulated to dismiss the action as to Golden West Labor with each side to bear their own fees and costs. (Doc. 52) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because the plaintiffs and Golden West Labor have signed the stipulation (Doc. 52), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to Golden West Labor **only**.[1]

IT IS SO ORDERED.

Dated:   **April 4, 2018**                  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, the order to show cause (Doc. 51) is **DISCHARGFED.**