# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LEONARDO BROS., et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01487 - DAD- JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE THIS ACTION |

The only remaining defendant in this action is Leonardo Bros. At the plaintiffs' request (Doc. 21), the Clerk of the Court entered default against this defendant (Doc. 22) on March 24, 2016 after being urged to prosecute this action by the Court (Doc. 20). However, the plaintiffs have not sought default judgment. Thus, within 14 days, the plaintiffs **SHALL** show cause in writing why the action should not be <u>dismissed or monetary sanctions</u> imposed for their failure to prosecute this action. Alternatively, within 14 days, they may file a motion for default judgment or dismiss the action in full.

IT IS SO ORDERED.

　Dated: __**July 13, 2018**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE