**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA GARYBO, et al., </br></br> Plaintiffs, </br></br> v. </br></br> LEONARDO BROS., et al., </br></br> Defendants. | Case No.: 1:15-cv-01487 - DAD - JLT </br></br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JULY 13, 2018 </br></br> (Doc. 55) |

Previously the Court ordered Plaintiffs to "show cause in writing why the action should not be dismissed or monetary sanctions imposed for their failure to prosecute this action." (Doc. 55 at 1, emphasis omitted) In the alternative, Plaintiffs were directed to file a motion for default judgment or dismiss the action in full. (*Id.*) Plaintiffs elected to file a motion for default judgment on July 17, 2018, in compliance with the deadline ordered by the Court. (Doc. 56)

Accordingly, the Court **ORDERS**: the Order to Show Cause dated July 13, 2018 (Doc. 55) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**August 2, 2018**__           __**/s/ Jennifer L. Thurston**__
                                                          UNITED STATES MAGISTRATE JUDGE