UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO BROS, et al.,<br><br>Defendants. | No.  1:15-cv-01487-DAD-JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FOLLOW A COURT ORDER<br><br>**Fourteen-Day Deadline** |

On October 16, 2018, the court held a hearing on plaintiffs' motion for class certification. The motion was taken under submission and, by way of a minute order, the court directed plaintiffs to submit a supplemental declaration as discussed at the hearing.  (Doc. No. 63.) Although almost three months have passed since that hearing, no such declaration has been provided to the court.

On December 19, 2018, through informal email correspondence, the court directed plaintiffs' counsel to file their supplemental declaration no later than Tuesday, January 8, 2019. However, plaintiffs have still not filed their supplemental declaration, nor have they responded to the court's correspondence.

Accordingly, plaintiffs are hereby ordered to show cause in writing within fourteen (14) days from the date of service of this order why sanctions should not be imposed due to their

1

failure to follow the court's prior order of December 19, 2018.  Plaintiffs may discharge this order to show cause by filing a supplemental declaration within this fourteen-day period in which it provides more precise date parameters for the 2015 harvest season to define the class period and addresses why Martinez Aguilasocho & Lynch, APLC is fit to be appointed class counsel. Plaintiffs are cautioned that failure to appropriately respond to this order may result in the imposition of sanctions, including possible dismissal of this action.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992); *Thompson v. Housing Auth. of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

IT IS SO ORDERED.

Dated:   **January 9, 2019**                                   /s/ Dale A. Drozd
                                                                                    UNITED STATES DISTRICT JUDGE