|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **UNITED STATES DISTRICT COURT** | |
| 9 | **EASTERN DISTRICT OF CALIFORNIA** | |
| 10 | | |
| 11 | SANDRA GARYBO, et al, | ) Case No.: 1:15-cv-01487 DAD JLT |
| 12 | Plaintiffs, | ) ORDER DIRECTING PLAINTIFFS TO FILE |
| 13 | v. | ) BRIEFING IN SUPPORT OF THEIR MOTION ) FOR DEFAULT JUDGMENT AND VACATING |
| 14 | LEONARDO BROS., et al., | ) THE HEARING SET FOR AUGUST 5, 2019 |
| 15 | Defendants. | ) (Doc. 69) |
| 16 | | ) |

On June 28, 2019, Plaintiffs filed an "application for default judgment against Defendant Leonard Bros.," indicating they would present an application for default judgment at a hearing set for August 5, 2019. (Doc. 69) With the "application"—which appears to be a notice of hearing rather than a motion—Plaintiffs did not submit points and authorities related to the propriety of default judgment under Rule 55 of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 230(b), a "moving party shall file a notice of motion, *motion, accompanying briefs*, affidavits, if appropriate, *and copies of all documentary evidence* that the moving party intends to submit in support of the motion." (*Id.*, emphasis added) Thus, Plaintiffs are directed to file briefing in support of their application for default judgment, addressing the factors set forth by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), to demonstrate the propriety of default judgment.

In addition, Plaintiffs shall file evidence related to the costs and attorney fees incurred, to

1

support the requested amounts. In general, the party seeking fees bears the burden of establishing that the fees and costs were reasonably necessary to achieve the results obtained. *See Fischer v. SJB-P.D., Inc.,* 214 F.3d 1115, 1119 (9th 2000). Therefore, a fee applicant must provide time records documenting the tasks completed and the amount of time spent on the action. *Hensley v. Eckerhart*, 461 U.S. 424, 424 (1983); *Welch v. Metropolitan Life Ins. Co*., 480 F.3d 942, 945-46 (9th Cir. 2007). Without such information, the Court is unable to determine the propriety of a fee request.

Accordingly, the Court **ORDERS**:

1. Plaintiffs **SHALL** file briefing in support of their application for default judgment no later than **August 5, 2019**;
2. Any documentary evidence to support the requests for fees and costs **SHALL** be filed no later than **August 5, 2019**; and
3. The hearing set for August 5, 2019 is **VACATED**.

The Court will re-set the matter for hearing if deemed necessary upon the receipt of Plaintiffs' brief and documentary evidence.

IT IS SO ORDERED.

Dated: **July 28, 2019**                    **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE