# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al, | ) Case No.: 1:15-cv-01487 DAD JLT |
| Plaintiffs, | ) ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME |
| v. | ) |
| LEONARDO BROS., et al., | ) (Doc. 71) |
| Defendants. | ) |

Previously, the Court ordered Plaintiffs to file additional briefing in support of their motion for default judgment. (Doc. 70) On August 2, 2019, Plaintiffs filed a motion for an extension of fourteen days to file the briefing ordered by the Court. (Doc. 71) Based upon the information provided and good cause appearing, the Court ORDERS:

1. Plaintiffs' motion for an extension of time is **GRANTED**; and
2. Plaintiffs **SHALL** file the additional briefing and any supplemental evidence no later than **August 19, 2019**.

IT IS SO ORDERED.

Dated: __**August 5, 2019**__                    __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE