# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al, <br> Plaintiffs, <br> v. <br> LEONARDO BROS., et al., <br> Defendants. | Case No.: 1:15-cv-01487 DAD JLT <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME <br><br> (Doc. 73) |

On August 19, 2019, Plaintiffs filed a motion for an extension of time to file supplemental briefing and supporting documents related to the fee request accompanying the motion for default judgment. (Doc. 73) Plaintiffs "seek[] additional time to reexamine and correct errors with regard to time entries because an audit of the billings has uncovered some billing discrepancies." (*Id.* at 2) Good cause appearing, the Court **ORDERS**:

1. Plaintiffs' motion for an extension of time is **GRANTED**; and
2. Plaintiffs **SHALL** file the additional briefing and any supplemental evidence related to the fee request no later than **August 26, 2019**.

IT IS SO ORDERED.

Dated: **August 21, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE