STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
  LGarcia@TheMMLawFirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ (Bar No. 200721)
EDGAR IVAN AGUILASOCHO (Bar No. 285567)
**MARTINEZ AGUILASOCHO & LYNCH, APLC**
P.O. Box 1998
Bakersfield, California 93303
Telephone:   (661) 859-1174
Facsimile:   (661) 840-6154
Email: eaguilasocho@farmworkerlaw.com
       mmartinez@farmworkerlaw.com

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al.,<br><br>                  Plaintiffs,<br><br>        vs.<br><br>LEONARDO BROS., et al.,<br><br>                  Defendants. | Case No.: 1:15-cv-01487-DAD-JLT<br><br>**MOTION FOR EXTENSION OF TIME TO REFILE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LEONARDO BROS.**<br><br>Date:                      TBD<br>Time:                      TBD<br>Location:    Bakersfield Courtroom<br>                  510 19th Street<br>                  Bakersfield, CA  93301 |

1

Motion For Extension Of Time          Case No. 1:15-cv-01487-DAD-JLT

On March 2, 2020, the Court denied Plaintiffs' Motion for Default Judgment against Defendant Leonardo Bros without prejudice. (Doc. 79.) Therein, the Court allowed Plaintiffs to withdraw their motion within five days of the Court Order, and to file a new motion for default judgment within 45 days to address the previous motion's deficiencies. (Doc. 79). On March 4, 2020, Plaintiffs withdrew their Motion for Default Judgment against Defendant Leonardo Bros. in accord with the Court's Order and informed the Court of their intention to refile (Doc. 80).

Respectfully, Plaintiffs, by and through their attorneys of record, hereby are requesting an additional fourteen (14) day extension of time with a new due date of April 30, 2020. In support of this request, Plaintiffs submit a declaration of their attorney of record, Mario Martinez (hereinafter "Martinez Dec.").

There is good cause for Plaintiffs' request. Specifically, Plaintiffs are seeking additional time due to the unprecedented pandemic situation currently being experienced due to the COVID-19 virus outbreak in California and worldwide, which has presented our firm with immediate challenges to advise, counsel and advocate for our clients – farm workers – whose health, safety and continued work are essential to maintaining the food supply chain here in the US. Time-sensitive research and commitments have also arisen in Counsel's role as counsel to United Farm Workers of America to advise and provide counsel regarding new workplace challenges facing farm workers, as UFW spearheads advocacy efforts on behalf of farm workers in the face of the pandemic's threat to these vital workers, who – like the farm workers represented in this class action – grow, harvest and pack our food on farms across California and the United States. (Dec. Martinez ¶¶ 2-4). Additionally, on March 5, 2020, the day after Plaintiffs' withdrawal of the Motion for Default Judgment in the instant case, Counsel for the class in this case settled two other cases: one, a California wage and hour class action on behalf of farmworkers in the Central Coast, and the other, before the California Agricultural Relations Board on behalf of unionized raspberry workers. (Dec. Martinez ¶ 5).

1  These settlements in addition to the Counsel's pivot to address pandemic-related issues and the
2  challenges of 100% remote work by firm staff and Plaintiffs' experts, have seriously strained Class
3  Counsel's schedule and ability to adequately address the issues raised in the Court's order (Doc.
4  79) by the April 16, 2020 deadline set forth therein. (Dec. Martinez ¶¶ 2-6).

6  Further, the parties will not be prejudiced by granting Plaintiffs' request.

8  FOR THE FOREGOING REASONS, Plaintiffs respectfully request that this Court grant an
9  additional fourteen (14) day extension of time to file updated briefing in support of their motion for
10 default judgment, with a new deadline of Thursday, April 30, 2020.

13 Respectfully submitted,
14 Dated: April 15, 2020

**MARTINEZ AGUILASOCHO & LYNCH**

_____/s/ Mario Martinez_____

Mario Martinez