# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO and AUSTIN VEGA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>LEONARDO BROS.,<br><br>　　　　　　Defendant. | Case No.: 1:15-cv-01487 - DAD  JLT<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE THE RENEWED MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. 81) |

Once the Court determined that it would recommend that the motion for default judgment be denied, it allowed the plaintiffs to withdraw their motion and to refile it within 45 days. (Doc. 79 at 15) The plaintiffs withdrew their motion and now are seeking an addition 14 days to file the motion due to the difficulties imposed by the COVID-19 pandemic. (Doc. 81) Good cause appearing, the Court **ORDERS**:

　　1.　　The request to an extension of time to April 30, 2020 to file the renewed motion for default judgment is **GRANTED**.

IT IS SO ORDERED.

　　Dated:　**April 15, 2020**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE