UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al., | No. 1:15-cv-01487-DAD-JLT |
| Plaintiffs, | |
| v. | ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING AND DOCUMENTATION |
| LEONARDO BROS, et al., | |
| Defendants. | |

In connection with the pending findings and recommendations related to plaintiffs' motion for default judgment filed on April 30, 2020, plaintiffs are directed to file supplemental briefing and documentation addressing the following issues:

1. Whether plaintiffs intend to seek a stay pending the California Supreme Court's ruling in *Naranjo v. Spectrum Security Services, Inc.*, S258966; and

2. Whether plaintiffs are aware of any binding cases where piece-rate workers allegedly denied paid rest breaks recovered derivative penalties under either Labor Code §§ 203 or 226.

/////

/////

/////

1

1  Plaintiffs shall file a brief responsive to these issues within twenty-one (21) days from the
2  date of service of this order.
3  IT IS SO ORDERED.
4  Dated:  **March 8, 2021**                              /s/ Dale A. Drozd
5                                                            UNITED STATES DISTRICT JUDGE