UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARYBO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEONARDO BROS., et al.,<br><br>Defendants. | No. 1:15-cv-01487-DAD-JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 83, 91) |

On October 1, 2021, having read and considered plaintiffs' motion for default judgment against defendant Leonardo Bros. (Doc. No. 83) and all briefing and argument submitted in connection therewith, the court granted in part plaintiffs' motion for default judgment in this action. (Doc. No. 89.) Pursuant to this court's order (*id.* at 11), plaintiffs filed a proposed order containing only the court approved terms of the default judgment. (Doc. No. 91.)

Accordingly,

1. Plaintiffs' motion for default judgment (Doc. No. 53) is granted in part as follows:

    a) Plaintiffs and the class are awarded the total amount of $234,659.43, which represents the following sums:

    i) Damages in the amount of $6,764.47 for failure to pay rest break premiums as required under California Labor Code § 226.7(c) and for applied interest pursuant to California Labor Code § 218.6;

1

   ii) $125,095.97 for "waiting time penalties" (the failure to pay all wages owed timely after separation from employment) brought pursuant to California Labor Code § 203;

   iii) $23,150.00 for their claims based on defendant's failure to provide accurate wage statements brought pursuant to California Labor Code § 226; and

   iv) Civil penalties pursuant to PAGA in the total amount of $318,595.97, of which 25%, or $79,648.99 will be allocated to the class;

  b) The remaining 75%, or $238,946.98, of the civil penalties recovered pursuant to PAGA will go to the California Labor and Workforce Development Agency;

2. Class Counsel shall receive $56,317.50 in attorneys' fees and $4,975.71 in costs;

3. Defendant Leonardo Bros. is found and declared to be in violation of the statutes of the California Labor Code; and

4. The Clerk of the Court is directed to enter judgment in favor of plaintiffs and the class and to close this case.

IT IS SO ORDERED.

Dated: **October 15, 2021**

            UNITED STATES DISTRICT JUDGE